ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
REBECCA J. SABLE
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rebecca.sable@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR18- 900TUC |
| Plaintiff, | |
| vs. | INDICTMENT |
| Marcial Aguilar-Perez, | Violations:<br>8 U.S.C. § 1326(a) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about April 27, 2018, at or near Topawa, in the District of Arizona, Marcial Aguilar-Perez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about December 4, 2012, and not having obtained the express consent of

///

the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated: May 23, 2018

REDACTED FOR
PUBLIC DISCLOSURE